## 39533. MONTGOMERY v. HARDY ENGINEERING & CONSTRUCTION COMPANY, INC.

FELTON, Chief Judge. 1. Where a hearing on a motion for a new trial was continued six times and on the date last set for the hearing the court entered an order dismissing the motion for a new trial for want of prosecution and because no brief of evidence had been presented for approval, the judgment dismissing the motion for a new trial must be affirmed as against the only assignment of error in the bill of exceptions that the judgment dismissing the motion was contrary to law. *Oliver v. Benson*, 211 Ga. 268 (85 SE2d 418); *Lambert Hoisting Engine Co. v. Bray & Co.*, 127 Ga. 452 (56 SE 513); *Smith v. State*, 86 Ga. App. 403 (72 SE2d 462); *Vinson v. State*, 53 Ga. App. 224 (185 SE 529).

2. There was no assignment of error on the refusal of the court to continue the case because of the illness of movant's counsel.

*Judgment affirmed. Bell and Hall, JJ., concur.*

DECIDED MAY 25, 1962—REHEARING DENIED JUNE 6, 1962.

*James L. Moore,* for plaintiff in error.
*Inslee M. Johnson,* contra.